## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Corrosion IP Corp., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. CV 09-046 TUC JMR |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Nord Resources Corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The scheduling conference having been held on June 22, 2009, the Court hereby orders that the parties follow the deadlines listed below:

**Scheduling Dates**:

    a. <u>Initial Disclosures</u>: **July 10, 2009**

    b. <u>Provision of Asserted Claims and Infringement Contentions</u>: **August 21, 2009**

    c. <u>Provision of Non-infringement Contentions</u>: **October 16, 2009**

    d. <u>Addition of parties or amending complaint</u>: **September 30, 2009**

    e. <u>Dates for Identifying Claim Terms and Phrases to be Construed by Court</u>:
        Plaintiff Identifies: **September 11, 2009**
        Defendant Identifies: **December 11, 2009**

    f. <u>Expert Disclosure</u>:
        <u>Initial Disclosures on Patent Claim Construction</u>: **December 14, 2009**
        <u>Rebuttal Expert Disclosures</u>: **December 28, 2009**
        <u>Depositions of Experts on Claim Construction</u>: **January 4, 2010**

g. <u>Date for Claim Construction Briefs</u>:
   <u>Opening</u>: **January 25, 2010**
   <u>Reply</u>: **February 22, 2010**

h. <u>*Markman* Hearing</u>:    **March 8, 2010 @ 1: 30 p.m.**

I. <u>Date for Exchanging Additional Expert Reports</u>:    **February 5, 2010**

j. <u>Date for Exchanging Additional Expert Rebuttal Reports</u>:    **March 5, 2010**

k. <u>Date for Completing Expert Discovery</u>: **April 2, 2010**

l. <u>Discovery</u>:    **June 30, 2010**

m. <u>Last Date to Supplement Disclosures</u>: **May 14, 2010**
   (including invalidity contentions)

n. <u>Filing dispositive motions</u>:    **August 31, 2010**

o. <u>Witness List</u>:    **September 30, 2010**

   **October 30, 2010 (rebuttal)**

p. <u>Filing pre-trial statement</u>:    **September 30, 2010** or **forty-five (45)** days after ruling on any dispositive motion.

q. <u>Settlement Status Reports</u>:    **August 28, 2009** and every **sixty (60)** days thereafter

DATED this 22nd day of June, 2009.

_____
John M. Roll
Chief United States District Judge